UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HECTOR L. ROSADO,

    Petitioner,

v.                                        Case No. 6:06-cv-0408-Orl-31JGG

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motions:

1. Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 17, filed December 18, 2006) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2. Petitioner's Request for a Certificate of Appealability (Doc. No. 16, filed December 18, 2006) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this 22nd day of December, 2006.

Copies to:
pslc 12/22
Hector L. Rosado
Counsel of Record

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE